## STATE OF CONNECTICUT *v.* CARLOS RODRIGUEZ
### (AC 27330)

Harper, Lavine and Pellegrino, Js.

Argued February 4—officially released March 4, 2008

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* MABEL DANIELS
### (AC 28227)

Gruendel, Lavine and Peters, Js.

Argued February 8—officially released March 4, 2008

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* MAURICE L.*
### (AC 28276)

DiPentima, McLachlan and Gruendel, Js.

Argued January 22—officially released March 4, 2008

Per Curiam. The judgment is affirmed.

---

* In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book § 79-3, the names of the parties involved in this appeal are not disclosed. The records and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.